IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Consumer Financial Protection Bureau and<br>State of Georgia ex rel. Christopher M. Carr, Attorney General of the State of Georgia,<br><br>        Plaintiffs,<br><br>        v.<br><br>Burlington Financial Group, LLC, Katherine Burnham, Richard Burnham, and Sang Yi,<br><br>        Defendants. | Case No.<br><br>**JOINT MOTION FOR ENTRY OF PROPOSED STIPULATED FINAL JUDGMENT AND ORDER** |

Plaintiffs Consumer Financial Protection Bureau (Bureau) and the State of Georgia *ex rel*. Christopher M. Carr, Attorney General of the State of Georgia (State of Georgia), and Defendants Burlington Financial Group, LLC (Burlington), Katherine Burnham, and Sang Yi, have reached an agreement to settle this matter and stipulate to the attached proposed Stipulated Final Judgment and Order (Order). The Bureau, the State of Georgia, Burlington, Ms. Burnham, and Mr. Yi,

therefore, respectfully request that the Court approve and enter the attached proposed Order.

**IT IS SO STIPULATED AND AGREED.**

**FOR PLAINTIFFS:**

_____
Carmen Christopher (CA Bar No. 231508)
Nelle Rohlich (WI Bar No. 1047522)
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, D.C. 20552
(312) 610-8961 (Christopher)
(202) 435-7280 (Rohlich)
Carmen.Christopher@cfpb.gov
Nelle.Rohlich@cfpb.gov


/s/Melissa M. Devine
Melissa Devine (GA Bar No. 403670)
Office of the Attorney General
Georgia Department of Law
2 Martin Luther King, Jr. Drive, SE
Suite 356
Atlanta, GA 30334
(404) 458-3765
MDevine@law.ga.gov

**FOR PLAINTIFFS:**

Carmen Christopher (CA Bar No. 231508)
Nelle Rohlich (WI Bar No. 1047522)
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, D.C. 20552
(312) 610-8961 (Christopher)
(202) 435-7280 (Rohlich)
Carmen.Christopher@cfpb.gov
Nelle.Rohlich@cfpb.gov

Melissa Devine (GA Bar No. 403670)
Office of the Attorney General
Georgia Department of Law
2 Martin Luther King, Jr. Drive, SE
Suite 356
Atlanta, GA 30334
(404) 458-3765
MDevine@law.ga.gov

**FOR DEFENDANTS:**

*/s/ Justin W. Esworthy*
Justin W. Esworthy
(MD Bar No. 29697)
Timmerman, Beaulieu, Hinkle & Esworthy, LLC
215 Washington Avenue, Suite 402
Towson, MD 21204
(443) 608-5515 (Telephone)
(443) 927-8899 (Fax)
jwe@tbhelaw.com
*Counsel for Burlington Financial Group, LLC, Katherine Burnham and Sang Yi*

*/s/ Craig Kunkes*
Craig G. Kunkes
(GA Bar No. 963594)
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255
ckunkes@robbinsfirm.com
*Counsel for Burlington Financial Group, LLC, Katherine Burnham and Sang Yi*

_/s/ Katherine Burnham_  6/24/21
Katherine Burnham        Date

_/s/ Sang Yi_            6-22-21
Sang Yi                  Date

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, I electronically filed the Joint Motion for Entry of Proposed Stipulated Final Judgment and attachments with the Clerk of Court using the CM/ECF system and that I caused the documents to be mailed by United States Postal Service and sent by electronic mail to the following non-CM/ECF participants:

- For Defendants Burlington Financial Group, LLC, Katherine Burnham, and Sang Yi, to counsel:

  Justin Esworthy
  Timmerman, Beaulieu, Hinkle & Esworthy, LLC
  215 Washington Avenue, Suite 402
  Towson, MD 21204
  jwe@tbhelaw.com

  Craig G. Kunkes
  Robbins Ross Alloy Belinfante Littlefield LLC
  500 14th Street, N.W.
  Atlanta, Georgia 30318
  ckunkes@robbinsfirm.com

- For Defendant Richard Burnham to 1101 Megg Ct., Joppa, MD 21085 and rich.burnham@verizon.net

/s/ Carmen Christopher
Carmen L. Christopher (CA Bar No. 231508)
Attorney for the Consumer Financial Protection Bureau
1700 G Street, NW, Washington D.C. 20552
Telephone: (202) 754-0329
carmen.christopher@cfpb.gov