IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Consumer Financial Protection Bureau and State of Georgia ex rel. Christopher M. Carr, Attorney General of the State of Georgia,<br><br>Plaintiffs,<br><br>v.<br><br>Burlington Financial Group, LLC, Katherine Burnham, Richard Burnham, and Sang Yi,<br><br>Defendants. | Case No.<br><br>**JOINT STIPULATION FOR ENTRY OF PROPOSED STIPULATED FINAL JUDGMENT AND ORDER** |

Plaintiffs Consumer Financial Protection Bureau (Bureau) and State of Georgia *ex rel.* Christopher M. Carr, Attorney General of the State of Georgia (State of Georgia), and Defendant Richard Burnham, who has reviewed the proposed Stipulated Final Judgment and Order and agrees to its terms and provisions, have reached an agreement to settle this matter. The Bureau, the State of Georgia, and Mr. Burnham respectfully request that the Court approve and enter the attached proposed Stipulated Final Judgment and Order.

**IT IS SO STIPULATED AND AGREED.**

FOR PLAINTIFFS:                                    FOR DEFENDANT:

_____                  _____
Carmen Christopher (CA Bar No. 231508)             Richard Burnham                Date
Nelle Rohlich (WI Bar No. 1047522)                 (410) 515-3200
Consumer Financial Protection Bureau               rich.burnham@verizon.net
1700 G Street, N.W.
Washington, D.C. 20552
(312) 610-8961 (Christopher)
(202) 435-7280 (Rohlich)
Carmen.Christopher@cfpb.gov
Nelle.Rohlich@cfpb.gov


/s/ Melissa M. Devine
Melissa Devine (GA Bar No. 403670)
Office of the Attorney General
Georgia Department of Law
2 Martin Luther King, Jr. Drive, SE
Suite 356
Atlanta, GA 30334
(404) 458-3765
MDevine@law.ga.gov

**IT IS SO STIPULATED AND AGREED.**

**FOR PLAINTIFFS:**                                   **FOR DEFENDANT:**

                                                                                       6/21/21
_____         _____   _____
Carmen Christopher (CA Bar No. 231508)   Richard Burnham                  Date
Nelle Rohlich (WI Bar No. 1047522)
Consumer Financial Protection Bureau     rich.burnham@verizon.net
1700 G Street, N.W.
Washington, D.C. 20552
(312) 610-8961 (Christopher)
(202) 435-7280 (Rohlich)
Carmen.Christopher@cfpb.gov
Nelle.Rohlich@cfpb.gov


_____
Melissa Devine (GA Bar No. 403670)
Office of the Attorney General
Georgia Department of Law
2 Martin Luther King, Jr. Drive, SE
Suite 356
Atlanta, GA 30334
(404) 458-3765
MDevine@law.ga.gov

2